**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| SAAD S. NOAH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 14-0420 (ABJ) |
| | ) |
| JOHN KERRY, Secretary, | ) |
| United States Department of State, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

## MEMORANDUM OPINION

This matter is before the Court on Respondents' Statement Why Writ of Mandamus Should Not Be Granted and Motion to Dismiss the Petition [ECF Nos. 10-11]. On June 23, 2014, the Court issued an Order advising the petitioner of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion. Specifically, the Court warned petitioner that, if he failed to file an opposition to the motion by July 18, 2014, the motion would be treated as conceded. To date, petitioner has neither filed an opposition to the motion nor requested an extension of time. Mail addressed to the address provided at the time of the filing of the petition has been twice returned as undeliverable, and petitioner has not advised the Court of any change of address. The Court, therefore, will grant respondents' motion as conceded and will dismiss this case. An Order is issued separately.

AMY BERMAN JACKSON
United States District Judge

DATE: August 1, 2014